OPINION — AG — ** ELECTION — SCHOOL BOARD — CANDIDANCY ** QUESTION(1): DO CANDIDATES FOR MEMBER OF THE BOARD OF EDUCATION FILE FOR DESIGNATED POSTS, AND IF SO, WHO DESIGNATES THE POST NUMBER ? — SEE: 70 O.S. 866 [70-866], QUESTION(2): WHERE DO THE CANDIDATES FILE ? — APPLY TO BOARDS OF EDUCATION OF INDEPENDENT SCHOOL DISTRICT, SEE: 70 O.S. 865 [70-865], 70 O.S. 870 [70-870], 11 O.S. 48 [11-48] AND THE SECRETARY OF THE COUNTY ELECTION BOARD. CITE: 70 O.S. 865 [70-865], OPINION NO. NOVEMBER 26, 1947 — EMANS, 70 O.S. 188 [70-188], 70 O.S. 208 [70-208] [70-208], 11 O.S. 24 [11-24] — 11 O.S. 50 [11-50], 26 O.S. 25 [26-25] (RICHARD M. HUFF)